## (September 25, 1958)

■ FRED MCCONNELL v. COMMONWEALTH PICTURES CORPORATION.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ MILLARD ROTHENBERG et al., v. CECILLE WOLFMAN, Individually and as Executrix of LUCILE ROTHENBERG, Deceased.— Motion for stay granted upon condition that appellant procures the record on appeal and appellant's points to be served and filed on or before October 9, 1958, with notice of argument for October 21, 1958, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

## (September 26, 1958)

■ In the Matter of the Appointment of a Committee of the Person and Property of MARCUS GOLDFARB, an Alleged Incompetent Person. NEW YORK HEART ASSOCIATION, INC., et al., Appellants; KEEVE ROSENTHAL, Respondent. — Order unanimously modified on consent, without costs, in accordance with concession made and accepted in open court. Settle order. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Appointment of a Committee of the Person and Property of MARCUS GOLDFARB, an Alleged Incompetent Person. MARCUS GOLDFARB, Appellant; KEEVE ROSENTHAL, Respondent.— Order denying appellant's motion to vacate and set aside the verdict of the Sheriff's jury that the appellant was incompetent and for other relief unanimously modified, without costs, to the extent of permitting the incompetent to traverse the allegations of incompetency. Said issue is to be tried by a jury at Trial Term of the New York County Supreme Court on October 2, 1958. The prior inquisition and proceedings are to stand until the determination of the traverse. (See *Matter of Blewitt*, 131 N. Y. 541.) The order appealed from is otherwise affirmed. Settle order. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.